[Cite as *State v. Lucas*, 2018-Ohio-3227.]

COURT OF APPEALS
GUERNSEY COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | JUDGES: |
| | : | Hon. Patricia A. Delaney, P.J. |
| Plaintiff - Appellee | : | Hon. Earle E. Wise, J. |
| | : | Hon. Craig R. Baldwin, J. |
| -vs- | : | |
| | : | |
| AARON M. LUCAS | : | Case No. 18 CA 10 |
| | : | |
| Defendant - Appellant | : | O P I N I O N |

CHARACTER OF PROCEEDING:          Appeal from the Guernsey County
                                  Court of Common Pleas, Case No.
                                  16 CR 158

JUDGMENT:                         Affirmed

DATE OF JUDGMENT:                 August 10, 2018

APPEARANCES:

For Plaintiff-Appellee                    For Defendant-Appellant

MELISSA R. BRIGHT                         AARON M. LUCAS, pro se
Assistant Guernsey County                 512 South Mulberry Street
Prosecuting Attorney                      Troy, Ohio 45373
627 Wheeling Avenue
Cambridge, Ohio 43725

*Baldwin, J.*

{¶1}    Defendant-appellant Aaron M. Lucas appeals from the April 26, 2018 Entry of the Guernsey County Court of Common Pleas denying his Motion for Additional Jail Time Credit. Plaintiff-appellee is the State of Ohio.

STATEMENT OF THE FACTS AND CASE

{¶2}    On August 3, 2016, the Guernsey County Grand Jury indicted appellant on one count of failure to provide notice of change of address of residence in violation of R.C. 2950.05, a felony of the fourth degree.    After appellant failed to appear for his arraignment on August 18, 2016, a warrant was issued for his arrest. Appellant appeared for arraignment on March 30, 2017 and the warrant was withdrawn. Appellant entered a plea of not guilty to the charge.

{¶3}    On May 1, 2017, appellant withdrew his not guilty plea and entered a plea of guilty to the charge. As memorialized in a Judgment Entry filed on June 26, 2017, appellant was sentenced to fifteen (15) months in prison, Appellant was given 97 days credit for time incarcerated in this case.

{¶4}    Thereafter, appellant sent a pro se handwritten letter dated March 20, 2018 to the trial court. Appellant, in the letter which was filed on March 23, 2018, indicted that he had been arrested in Montgomery County on March 15, 2017 on the Guernsey County warrant and held in the Montgomery County Jail from March 15, 2017 until March 22, 2017 when he was transported to the Guernsey County Jail. Appellant asked the he be given credit for the seven days that he was waiting for transport. The trial court denied such request as memorialized in an Entry filed on April 3, 2018 stating, in relevant part, as follows: "The Court finds that the Defendant was brought to the Guernsey County Jail

on March 22, 2017 by Adult Parole Authority Officer Brian Jackson for an A.P.A. hold. Defendant was served with the capias in this case by the Guernsey County Sheriff on March 22, 2017."

{¶5} Appellant, on April 9, 2018, filed a pro se "Motion for Additional JTC" (JAIL TIME CREDIT) again seeking an additional seven days of jail time credit "that was spent in the Montgomery County Jail pursuant (sic) warrant for this case at bar." The trial court scheduled a non-oral hearing for April 16, 2018 and via an Entry filed on April 26, 2018, denied appellant's motion.

{¶6} Appellant now appeals, raising the following assignment of error on appeal:

{¶7} "I. THE TRIAL COURT COMMITTED REVERSIBLE ERROR WHEN IT DENIED CREDIT FOR PRETRIAL DETAINMENT FOR TIME SPENT IN ANOTHER COUNTY'S JAIL."

I

{¶8} In his sole Assignment of Error, appellant contends the trial court erred and abused its discretion in denying his request for additional jail-time credit.

{¶9} Ohio's jail-credit statute, R.C. 2967.191, provides for the reduction of a prison term for an offender's related days of "confinement." See, also, *State v. Napier*, 93 Ohio St.3d 646, 2001-Ohio-1890, 758 N.E.2d 1127. However, we have previously recognized that an appeal of a jail-time credit denial is moot where the defendant-appellant has completed his prison sentence. See *State v. Black,* 5th Dist. Richland App. No. 09-CA-153, 2010-Ohio-2594; *State v. Owens,* 5th Dist. Tuscarawas App. No. 2004 AP 03 0022, 2004-Ohio-4604.

{¶10}  In the case sub judice, appellant was sentenced to fifteen months in prison via a Judgment Entry filed June 26, 2017  and was given credit for  97 days.  We note that the trial court record does not indicate that appellant filed a notice of appeal or a request for a stay. We thus glean from the record that appellant would have by now completed his prison sentence. According to appellee, appellant was released from prison on June 15, 2018. We note that the address that appellant has provided to this Court on his brief is not a prison address, but rather is a private address.

{¶11}  Accordingly, appellant's sole assignment of error is, therefore, moot.

{¶12}  Accordingly, for the foregoing reason, the judgment of the Court of Common Pleas, Guernsey County, Ohio, is hereby affirmed.

By: Baldwin, J.

Delaney, P.J. and

Earle Wise, J. concur.